**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00178-CR

**JEFFREY KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. 10-13223**

## ORDER

The State's motion for an extension of time in which to file its brief is **GRANTED.** The

brief, tendered on January 9, 2014, is considered timely filed.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE